UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.H., a minor, by and through his parents and guardians, DINA HORTON,<br><br>Plaintiff,<br><br>v.<br><br>CENTRALIA SCHOOL DISTRICT, CITY OF CENTRALIA, and PENNY FUGATE and JOHN DOE FUGATE,<br><br>Defendants. | CASE NO. C22-5496 MJP<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on Defendant City of Centralia's Motion to Dismiss. (Dkt. No. 12.) Having reviewed the Motion and supporting record and noting the absence of any opposition, the Court GRANTS the Motion. As the City of Centralia notes, aside from being named in the caption, the Complaint contains no factual allegations regarding the City and asserts no causes of action against it. (Dkt. No. 1.) Given the absence of any allegations or claims against it, the City of Centralia is properly dismissed from this action. The Court therefore GRANTS the Motion and DISMISSES this action as to the City of Centralia. This Order does

ORDER GRANTING MOTION TO DISMISS - 1

1  not affect any of the other named Defendants. The Caption shall be amended to omit the City of
2  Centralia going forward.
3      The clerk is ordered to provide copies of this order to all counsel.
4      Dated September 20, 2022.

Marsha J. Pechman
United States Senior District Judge